**Order entered November 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00909-CV

**K&K ENTERPRISES, LLC, GARY KELLEY, CHERYL KELLEY AND HENRY KELLEY, Appellants**

**V.**

**PRESTON PARKER CROSSING, LTD., Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01239-2021**

**ORDER**

Before the Court is John Thomas Haughton's motion to withdraw as appellants' counsel. In relevant part, Mr. Haughton recites in the motion that the secretary of state has "involuntarily terminated" K & K Enterprises, LLC "for lack of a registered agent and after notice," and that Gary Kelley, Cheryl Kelley, and Henry Kelley are believed to be "temporarily" residing in Costa Rica. Mr. Haughton further recites that he emailed a copy of the motion to Gary Kelley, as appellant, power of attorney for Henry Kelley, and member of K & K Enterprises;

and Cheryl Kelley, as appellant and member of K & K Enterprises, LLC.   The motion has been on file for more than ten days, and no response has been filed.

We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Mr. Haughton as appellants' counsel.  All further communications with appellants shall be directed as follows

> Gary Kelley
> On behalf of himself, Henry Kelley, and K & K Enterprises
> 1500 Pecan Point Dr.
> McKinney, Texas 75070
> garydkelley1@aol.com
> (214) 683-3911
>
> Cheryl Kelley
> On behalf of herself and K & K Enterprises
> 1500 Pecan Point Dr.
> McKinney, Texas 75070
> cheryljkelley@aol.com
> (214) 578-6333.

Because a business entity may generally be represented only by a licensed attorney, we **ORDER** K & K Enterprises to notify the Court, no later than December 7, 2022, of the name, State Bar number, mailing and email addresses, and telephone and fax numbers of new counsel. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). Failure to do so may result in the dismissal of K & K Enterprises's appeal.

As noted in the motion to withdraw, the deadline for filing the clerk's record has been suspended pending appellants' payment of the record fee.  In light of counsel's withdrawal, we **EXTEND** the deadline previously set for appellants to

file written verification of payment for the fee to December 19, 2022. We caution appellants that the appeal will be dismissed in its entirety without further notice should the requested verification not be filed by December 19. *See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send copies of all written communications with appellants, including this order, by both regular and electronic mail.

/s/    BONNIE LEE GOLDSTEIN
             JUSTICE